40 A.3d 1232

Terrance LANGSTON, Petitioner

v.

PHILADELPHIA COURT OF COMMON PLEAS, Respondent.

No. 150 EM 2011.

Supreme Court of Pennsylvania.

March 28, 2012.

## *ORDER*

PER CURIAM.

AND NOW, this 28th day of March, 2012, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *Commonwealth v. Jette,* 23 A.3d 1032 (Pa.2011); *Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permissible). The Prothonotary is directed to forward the filings to counsel of record.